**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> DON CHING TRANG CHU, <br> a/k/a "Don Chu," <br><br> Defendant. | ORDER <br> S2 11 Cr. 32 (JSR) |

DEFENDANT Don Ching Trang Chu, having been sentenced by this Court, and having informed the Court of circumstances regarding the age and health of his parents, who reside in Taiwan, and having requested the Court's permission to travel to Taiwan in order to visit his parents and assist them, and having informed the Court of an opportunity for employment in Taiwan, and having requested permission of the Court to travel to Taiwan to pursue that employment opportunity, it is hereby

ORDERED that Defendant Chu has the permission of the Court to travel to and from Taiwan as frequently and for as long as necessary and appropriate to visit and assist his parents and to pursue employment in Taiwan, and the Probation Office shall permit such travel as long as Defendant Chu maintains adequate communication with the Probation Office by email, telephone and written communication, and makes such periodic visits in person to the Probation Office in the District of New Jersey, at his own expense, as are reasonable under the circumstances; it is further

71700953.1

ORDERED that the Pretrial Services Office for the Southern District of New York shall return to Mr. Chu his United States and Taiwan passports in order to facilitate his travel to Taiwan; and it is further

ORDERED that Defendant Chu shall be permitted to travel freely to the Southern District of New York to meet with his attorneys and to the Eastern District of Pennsylvania to visit his family members who reside there.

Dated: New York, New York
September 25 2011

SO ORDERED

Hon. Jed S. Rakoff
United States District Judge for the
Southern District of New York