☒ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

#11,1862

UNITED STATES OF AMERICA,

**SATISFACTION OF JUDGMENT**

S2 11 Cr. 32 (JSR)

v.

DON CHING TRANG CHU,
a/k/a "Don Chu,"

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/11

    Satisfaction is acknowledged between the United States of America, plaintiff, and Don Ching Trang Chu, defendant, for the fine in the amount of $2,500.00 and the special assessment in the amount of $200.00, amounting in all to the sum of $2,700.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 13th day of September 2011.

    The Agreement to Forfeit Real Property to Obtain Defendant's Release, which was recorded on December 6, 2010 in the State of New Jersey, Somerset County, bearing Instrument No. 2010058540, located at OPR 6379, Page 3065-3079, is hereby released and discharged.

    PREET BHARARA
    United States Attorney for the
    Southern District of New York

By: _____
    DAVID LEIBOWITZ
    Assistant United States Attorney

STATE OF NEW YORK
                    ss:
COUNTY OF NEW YORK

On this 12th day of October 2011, before me personally came DAVID LEIBOWITZ, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that he executed same.

_____
NOTARY PUBLIC

CANDI N. GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6179157
Qualified in New York County
My Commission Expires December 24, 2014

71693537.1